UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| versus | : | CRIMINAL NO. 07-255-RET |
| ELLISON C. SHEPHERD, JR. | : | |

## ORDER

Considering the United States' Dismissal, leave of Court is granted for the filing of the dismissal of the Indictment in Criminal No. 07-255-RET.

DONE AND SIGNED at Baton Rouge, Louisiana, this 7th day of October, 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA